Andrew M. Moskowitz, Esq.
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS
505 Morris Ave.
Springfield, NJ 07081
(973) 379-4200

589 Eighth Avenue-21st Floor
New York, NY 10018
(212) 596-7656

*Withdrawing Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID A. JOFFE,<br><br>   Plaintiff,<br><br>vs.<br><br>KING & SPALDING LLP,<br><br>   Defendant. | Case No. 17-cv-3392 (VEC) |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL
AND TO AFFIX RETAINING LIENS AND CHARGING
<u>LIENS AGAINST PLAINTIFF</u>**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Andrew Moskowitz with Exhibits and the accompanying Memorandum of Law, Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. respectfully moves this Court pursuant to Local Civil Rule 1.4 before the Honorable Valerie Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and time to be designated by the Court for an Order granting (i)

1

leave to withdraw as counsel for Plaintiff David Joffe ("Plaintiff") and (ii) a retaining lien and a charging lien against any proceeds recovered by Plaintiff in this matter; and (iii) such other relief as the Court deems proper.

Dated: July 13, 2018

                                                Respectfully submitted,

                                       By:    /s/ Andrew Moskowitz
                                                    Andrew Moskowitz

                                                    JAVERBAUM WURGAFT HICKS
                                                    KAHN WIKSTROM & SININS
                                                    505 Morris Ave.
                                                    Springfield, NJ 07081
                                                    (973) 379-4200

                                                    589 Eighth Avenue-21st Floor
                                                    New York, NY 10018
                                                    (212) 596-7656

                                                    *Withdrawing Attorneys for Plaintiff*