# EXHIBIT A

Goldberg, Pinchos

| | |
|---|---|
| **From:** | Goldberg, Pinchos |
| **Sent:** | Wednesday, June 27, 2018 2:12 PM |
| **To:** | 'Andrew Moskowitz' |
| **Cc:** | Baumgarten, Joseph |
| **Subject:** | FW: Joffe |
| **Attachments:** | [Joffe v. K&S] 6.26.18 Joint Ltr Motion for Extension of Time to Complete Expert Discovery.DOCX |

Hi Andrew,

Will you be filing the letter?

Regards,
Pinny

**Pinchos (Pinny) Goldberg**
Attorney at Law

**Proskauer**

Eleven Times Square
New York, NY 10036-8299
d 212.969.3074
f  212.969.2900
pgoldberg@proskauer.com
www.proskauer.com

---

**From:** Goldberg, Pinchos
**Sent:** Tuesday, June 26, 2018 1:48 PM
**To:** 'Andrew Moskowitz' <AMoskowitz@JaverbaumWurgaft.com>
**Cc:** Baumgarten, Joseph <JBaumgarten@proskauer.com>
**Subject:** RE: Joffe

Andrew,

Attached is a draft of the joint letter.  We think it should come from you.

Regards,
Pinny

**Pinchos (Pinny) Goldberg**
Attorney at Law

**Proskauer**

Eleven Times Square
New York, NY 10036-8299
d 212.969.3074
f  212.969.2900
pgoldberg@proskauer.com
www.proskauer.com

**From:** Andrew Moskowitz [mailto:AMoskowitz@JaverbaumWurgaft.com]
**Sent:** Tuesday, June 26, 2018 8:41 AM
**To:** Goldberg, Pinchos <pgoldberg@proskauer.com>
**Cc:** Baumgarten, Joseph <JBaumgarten@proskauer.com>
**Subject:** RE: Joffe

Thanks Pinny.

Do you want to draft a joint letter for submission to the court?

---

**From:** Goldberg, Pinchos [mailto:pgoldberg@proskauer.com]
**Sent:** Monday, June 25, 2018 9:04 AM
**To:** Andrew Moskowitz
**Cc:** Baumgarten, Joseph
**Subject:** RE: Joffe

Andrew,

The below deadlines work for defendant.

Regards,
Pinny


**Pinchos (Pinny) Goldberg**
Attorney at Law

Proskauer»

Eleven Times Square
New York, NY 10036-8299
d 212.969.3074
f  212.969.2900
pgoldberg@proskauer.com
www.proskauer.com

---

**From:** Andrew Moskowitz [mailto:AMoskowitz@JaverbaumWurgaft.com]
**Sent:** Thursday, June 21, 2018 2:30 PM
**To:** Baumgarten, Joseph <JBaumgarten@proskauer.com>; Goldberg, Pinchos <pgoldberg@proskauer.com>
**Subject:** RE: Joffe

Joe and Pinny- I am following up on our discussion on Monday.  Have you had an opportunity to discuss with your client the proposed deadlines of July 10, Aug. 10 (rebuttal) and Sept. 7 for the completion of deps?

Please advise.

Regards,
Andrew
Andrew Moskowitz
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins
505 Morris Ave.
Springfield, NJ 07081

2

(973) 379-4200
Ext. 4557
(973) 379-7872 (fax)

589 Eighth Avenue-21st Floor
New York, NY 10018
(212) 596-7656
E-mail: amoskowitz@lawjw.com
My profile: http://www.javerbaumwurgaft.com/andrew-moskowitz/#toggle-id-4
Firm web site: www.lawjw.com



**SPRINGFIELD NEWARK FREEHOLD JERSEY CITY
ELIZABETH MOUNT LAUREL NEWYORK GEORGIA**

   

The information contained in this e-mail message is privileged and confidential and intended only for the use of the individual(s) or entity named above.  Unless you are the addressee, you may not use, copy or disclose to anyone the message or any information contained in this message.  If you have received this message in error, please delete the message and attachments and advise the sender at Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, PC.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

********************************************************************************
***********************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and

protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

4