USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
DAVID A. JOFFE,                              :
                                             :
                              Plaintiff,     :
                                             :     17-CV-3392 (VEC)
              -against-                      :
                                             :     ORDER
KING & SPALDING LLP,                         :
                                             :
                              Defendant.     :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 13, 2018, counsel for Plaintiff filed a motion to withdraw as counsel and to affix a retaining lien and a charging lien against Plaintiff, Dkt. 79; and

WHEREAS on July 24, 2018, Plaintiff responded to counsel's motion to withdraw;

IT IS HEREBY ORDERED that counsel for Plaintiff's deadline to file a reply in support of his motion to withdraw as counsel and to affix a retaining lien and a charging lien is **August 6, 2018**.

IT IS FURTHER ORDERED that Plaintiff's application to file under seal in part and *ex parte* is GRANTED for the reasons stated in the Court's July 17, 2018 order.

IT IS FURTHER ORDERED that the parties' August 10, 2018 status conference is adjourned *sine die*.

**SO ORDERED.**

Date:  July 24, 2018                         **VALERIE CAPRONI**
       New York, New York                    **United States District Judge**