UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID A. JOFFE,<br><br>              Plaintiff,<br><br>vs.<br><br>KING & SPALDING LLP,<br><br><br>              Defendant. | Case No. 17-cv-3392 (VEC)<br><br>REPLY DECLARATION OF<br>ANDREW M. MOSKOWITZ |

**ANDREW M. MOSKOWITZ** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney admitted to practice law in this court and am Of Counsel to Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins ("JW"), withdrawing attorneys for Plaintiff David A. Joffe ("Mr. Joffe" or "Plaintiff") in the above matter.

2. On June 4, 2018, I called and spoke with counsel for Defendant King & Spalding LLP ("KW"), Joseph Baumgarten, Esq. Attached as Exhibit A is an excerpt from my time records for June 4, 2018. As reflected therein, my entry for June 4, 2018 states, "meeting with client; phone calls with client; phone call with expert []; <u>phone call with opposing counsel</u>." (emphasis added).

3. During our phone call, I informed Mr. Baumgarten that Plaintiff's settlement demand was ▬▬▬▬. I also stated that the non-monetary component of Plaintiff's demand would require KW to adopt an ethics program. I further stated that we

1

**CONFIDENTIAL/SUBMITTED UNDER SEAL**

would request that the Court retain jurisdiction over the case to ensure that KW adhered to this requirement.

4. Attached are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| B | Emails between David Joffe and Andrew Moskowitz dated February 19, 2018 |
| C | Emails between David Joffe and Andrew Moskowitz dated February 25, 2017 |
| D | Emails between David Joffe and Andrew Moskowitz dated April 19, 2017 |
| E | Email from David Joffe to Andrew Moskowitz dated May 5, 2017 |
| F | Email from David Joffe to Andrew Moskowitz dated June 15, 2017 |
| G | Emails between David Joffe and Andrew Moskowitz dated June 21, 2017 |
| H | Email from David Joffe and Andrew Moskowitz dated July 28, 2017 |
| I | Email from David Joffe to Andrew Moskowitz dated July 8, 2017 |
| J | Emails between David Joffe and Andrew Moskowitz dated January 7, 2018 |
| K | Emails between David Joffe and Andrew Moskowitz dated July 10, 2018 |
| L | Emails between David Joffe and Andrew Moskowitz dated November 9, 2017 |
| M | Email from David Joffe to Andrew Moskowitz dated December 15, 2017 |

Dated: August 6, 2018

/s/ Andrew Moskowitz
Andrew Moskowitz

2

**CONFIDENTIAL/SUBMITTED UNDER SEAL**