# EXHIBIT A

David Joffe                                                                                                   Page    5

# REDACTED

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 6/4/2018 AM | Meeting with client; telephone calls with client; telephone call with expert REDACTED telephone call with opposing counsel | 2.50<br>450.00/hr | 1,125.00 |

REDACTED

# EXHIBIT B-M CONFIDENTIAL AND SUBMITTED *EX PARTE* AND UNDER SEAL