USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/15/2018

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

------------------------------------------------------------- X
| |  |
|---|---|
| DAVID A. JOFFE, | : |
| Plaintiff, | : |
| -against- | : 17-CV-3392 (VEC) |
| | : ORDER |
| KING & SPALDING LLP, | : |
| Defendant. | : |

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 13, 2018, Plaintiff's counsel filed a motion to withdraw;

    IT IS HEREBY ORDERED that Plaintiff and Plaintiff's counsel are directed to appear for a status conference with the Court at **2:00 p.m. on August 29, 2018**. Defendant's attendance is not required.

**SO ORDERED.**

Date: **August 15, 2018**  
      New York, New York

_____  
**VALERIE CAPRONI**  
**United States District Judge**