USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
DAVID A. JOFFE,                                               :
                                                              :
                                       Plaintiff,             :
                                                              :        17-CV-3392 (VEC)
                         -against-                            :
                                                              :             ORDER
KING & SPALDING LLP,                                          :
                                                              :
                                       Defendant.             :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

   WHEREAS on July 13, 2018, Plaintiff's counsel filed a motion to withdraw;

   WHEREAS on August 29, 2018, the Court held counsel's motion in abeyance pending a settlement conference with the parties; and

   WHEREAS the Court has been informed by the Defendant that a further settlement conference would not be productive at this time;

   IT IS HEREBY ORDERED that the Court finds there to be "satisfactory reasons" for counsel to withdraw. *See* S.D.N.Y. Local R. 1.4. Accordingly Plaintiff's counsel's motion to withdraw is GRANTED.

   IT IS FURTHER ORDERED that the Court will refer the question of whether Plaintiff's counsel had "good cause" to withdraw and is entitled to a charging lien, and if so, in what amount, to the assigned magistrate judge.

   IT IS FURTHER ORDERED that the stay of expert discovery will continue until **October 8, 2018**, so that Plaintiff may retain new counsel. Expert discovery will close on **November 23, 2018**. The Court will hold a status conference at **10:00 a.m. on December 7, 2018**, so that the Court may set a trial schedule. The parties are directed to submit a joint pre-

conference letter to the Court by **November 30, 2018**.  The parties' joint pre-conference letter must include at least 3 mutually convenient trial dates between February 1, 2019 and May 15, 2019.

**SO ORDERED.**

Date:  September 11, 2018
       New York, New York

                                  **VALERIE CAPRONI**
                                  United States District Judge