UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID A. JOFFE,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**KING & SPALDING LLP**,<br><br>      **Defendant.** | Case No. 17-cv-3392 (VEC) (SDA) |

### PLAINTIFF'S NOTICE OF MOTION TO VACATE AND OBJECTIONS TO THE MAGISTRATE JUDGE'S OPINION AND ORDER

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Plaintiff's Motion to Vacate and Objections to the Magistrate Judge's Opinion and Order; and the accompanying Declaration of David A. Joffe and the exhibits attached thereto, the undersigned, pursuant to Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636, respectfully submits his objections and moves this Court, before the Honorable Valerie E. Caproni, United States District Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order (i) vacating the October 2, 2018 Opinion and Order, issued by the Honorable Steward D. Aaron, United States Magistrate Judge (Doc. No. 113), which granted terminated counsel's motion to affix a charging lien (Doc. No. 79); (ii) denying terminated counsel's motion to affix a charging lien (Doc. No. 79); and (iii) granting such other relief as the Court deems proper.

Dated: October 16, 2018

                                        Respectfully submitted,

                                    By:      */s/ David A. Joffe*
                                                David A. Joffe, Esq. (pro se)
                                                155 Christopher Columbus Drive
                                                Jersey City, NJ 07302
                                                516-695-7086
                                                davidajoffe@gmail.com