UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID A. JOFFE,<br><br>    Plaintiff,<br><br>  v.<br><br>KING & SPALDING LLP,<br><br>    Defendant. | Case No. 17-cv-3392 (VEC) (SDA)<br><br>DECLARATION OF DAVID A. JOFFE |

I, David A. Joffe, Esq., am an attorney admitted to practice before this Court and am the plaintiff in this action, proceeding pro se. I submit this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude the Testimony of Gordon Kamisar, and pursuant to 28 U.S.C. § 1746 hereby declare:

1.　　Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the October 20, 2017 deposition of M. Robert Thornton.

2.　　Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Gordon Kamisar, dated October 10, 2018.

3.　　Attached hereto as Exhibit 3 is a true and correct copy of the Rebuttal Expert Report of Carlynn Magliano Sweeney, dated November 9, 2018.

4.　　Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the November 15, 2018 deposition of Carlynn Magliano Sweeney.

5.　　Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the November 19, 2018 deposition of Gordon Kamisar.

6.　　Attached hereto as Exhibit 6 is a true and correct copy of K&S's Associate Salary Scale, dated July 2016 and bearing Bates number K&S_0000350.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Complaint in Hoeffner v. Orrick. Herrington & Sutcliffe LLP et al., No. 602694/2005 (N.Y. Cnty.), dated July 22, 2005.

8. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the October 3, 2017 deposition of David A. Joffe.

9. Attached hereto as Exhibit 9 is a true and correct copy of the unsigned Separation Agreement offered by King & Spalding to David A. Joffe and dated December 7, 2016.

10. Attached hereto as Exhibit 10 is a true and correct copy of the King & Spalding policy on Claims, Situations That Might Lead to Claims, and Subpoenas/Discovery Directed to the Firm and Its Lawyers, bearing Bates number K&S_0003544.

11. Attached hereto as Exhibit 11 is a true and correct copy of an email from M. Carter to D. Tetrick and M. Moss, copying L. Keyes, dated June 30, 2016 and bearing Bates numbers K&S_0003274-75.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2019            By:    */s/ David A. Joffe*
                                                            David A. Joffe, Esq. (pro se)