

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/26/2019
```

Joseph Baumgarten
Member of the Firm
d 212.969.3002
f 212.969.2900
jbaumgarten@proskauer.com
www.proskauer.com

September 26, 2019



<u>Via ECF</u>

Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:  <u>David A. Joffe v. King & Spalding LLP</u>
         17 Civ. 3392 (VEC) (SDA)

Dear Judge Caproni:

We are writing to request a brief adjournment of the status conference in this matter scheduled for October 25, 2019. The information required by Your Honor's rules is as follows:

1. The request is made on behalf of the undersigned because I will be in California on October 24 for a court appearance and will not return to New York until October 25.

2. There have been no previous requests for adjournment of the status conference.

3. Plaintiff has informed me that he consents to this request.

4. Plaintiff and I are both available to attend a status conference on November 15 or November 22.

Respectfully submitted,

PROSKAUER ROSE LLP

By:  <u>s/s Joseph Baumgarten</u>

cc:  David A. Joffe, Esq., *pro se*

---

The status conference is adjourned to **November 15, 2019, at 10:00 a.m.** The parties' joint pre-conference submission shall be due on **November 7, 2019**.

SO ORDERED.   Date: 09/26/2019

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---