# DAVID A. JOFFE, ESQ.

155 Christopher Columbus Drive, Jersey City, NJ 07302 • 516-695-7086 • davidajoffe@gmail.com

October 25, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: <u>Joffe v. King & Spalding</u>, No. 17-cv-3392-VEC-SDA**

Dear Judge Caproni:

The undersigned is the plaintiff in the above-captioned action, proceeding <u>pro se</u>.  The undersigned writes concerning the Notice of Appeal (Doc. No. 187) of this Court's September 25, 2019 Order (Doc. No. 184) (the "Order") resolving terminated counsel's motion to affix a charging lien, which was filed by the undersigned earlier today.

As set forth in the Notice of Appeal, the undersigned appeals the Order, pursuant to the collateral-order doctrine, as a final decision on a matter "sufficiently distinct from the main litigation to be appealable as [a] collateral order[]."  <u>See</u> <u>Sutton v. N.Y. City Transit Auth.</u>, 462 F.3d 157, 159 (2d Cir. 2006) (exercising jurisdiction while "the underlying Title VII suit remains pending in the District Court"); <u>see also</u> <u>Digital Equip. Corp. v. Desktop Direct</u>, 511 U.S. 863, 867-86 (1994) (collateral orders subject to "'final decision' rule laid down by Congress in [28 U.S.C.] § 1291").  Accordingly, and for the avoidance of doubt, the undersigned wishes to clarify that, in filing the Notice of Appeal, the undersigned does not seek any stay or adjournment of any current and/or contemplated deadlines in the underlying action against Defendant King & Spalding LLP.

Thank you for your consideration of the foregoing.

                                                                  Respectfully submitted,

                                                             */s/ David A. Joffe*
                                                  David A. Joffe, Esq. (<u>pro se</u>)
                                                  155 Christopher Columbus Drive
                                                  Jersey City, NJ 07302
                                                  516-695-7086
                                                  davidajoffe@gmail.com

CC (via ECF): All counsel