UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2019

---------------------------------------------------------------- X
DAVID A. JOFFE, :
:
                         Plaintiff, :
              -against- :   17-CV-3392 (VEC)
:
KING & SPALDING LLP, :   ORDER
:
                       Defendant. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2019, the parties appeared for a status conference; and

WHEREAS, for the reasons stated at the conference, Plaintiff failed to comply with this Court's order to submit a revised expert report ("Kucsma Report") that excludes fringe benefits from the report's calculations of damages;

IT IS HEREBY ORDERED that Plaintiff must serve a revised version of the Kucsma Report on Defendant no later than **December 6, 2019**. The damages calculations in the revised Kucsma Report must not contain any fringe benefits. Failure to comply with this renewed direction will result in Kucsma's report and testimony being precluded in their entirety.

IT IS FURTHER ORDERED that a jury trial shall begin on **April 20, 2020, at 10:00 A.M.** Any motions *in limine* must be filed on or before **January 10, 2020**; responses are due on or before **January 24, 2020**. A joint pretrial order, pre-marked exhibits, joint requests to charge, and proposed *voir dire* questions must be submitted on or before **February 28, 2020**. The parties must appear for a final pretrial conference on **April 7, 2020, at 2:30 P.M.** The parties are encouraged to come to a resolution as to the format of Plaintiff's direct examination.

**SO ORDERED.**

Date: November 18, 2019                               _____
      New York, New York                                **VALERIE CAPRONI**
                                                                **United States District Judge**