Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

February 26, 2020


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020

Joseph Baumgarten
Member of the Firm
d +1.212.969.3002
f 212.969.2900
jbaumgarten@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *David A. Joffe v. King & Spalding LLP*
  17 Civ. 3392 (VEC)(SDA)

**MEMO ENDORSED**

Dear Judge Caproni:

This law firm represents Defendant King & Spalding LLP ("K&S") in the above-referenced matter. We are writing in accordance with Your Honor's Individual Practice 2(C) on behalf of both parties to request a brief extension of time to submit the joint pretrial order and related documents. The information required by Your Honor's rules is as follows:

1. The reason for the proposed extension of time is that the parties are conferring to harmonize their respective proposed submissions and require additional time to do so.

2. The original due date for the submission of the joint pretrial order is February 28, 2020. *See* Dkt. 190.

3. This is the second request for an extension of this deadline, however, the previous request was for a longer extension until March 13, 2020. See Dkt. 202.

4. Plaintiff consents to this request.

5. The proposed alternative date for the submission of the joint pretrial order is March 4, 2020.

For the foregoing reasons, the parties respectfully request an extension of time until March 4, 2020 for the parties to submit the joint pretrial order and related documents.

Respectfully submitted,

**PROSKAUER ROSE LLP**

By: */s/ Joseph Baumgarten*
  Joseph Baumgarten

cc: David Joffe, Esq. (via ECF)

> Application GRANTED.
>
> SO ORDERED.    Date: 02/26/2020
>
> *Valerie Caproni*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE