USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAVID A. JOFFE,

                           Plaintiff,

      -against-

KING & SPALDING LLP,

                           Defendant.
------------------------------------------------------------- X

17-CV-3392 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 17, 2020, the parties appeared telephonically for a status conference;

IT IS HEREBY ORDERED that the jury trial currently scheduled for April 20, 2020, is adjourned to **July 20, 2020, at 10:00 A.M.** The final pretrial conference currently scheduled for April 7, 2020, is adjourned to **June 18, 2020, at 2:30 P.M.**

IT IS FURTHER ORDERED that, given the lengthy adjournment of trial for reasons of public health, Plaintiff is given leave to depose Meredith Moss and David Fine, no later than **May 15, 2020**.

SO ORDERED.

Date: March 17, 2020
New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**