```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 DAVID A. JOFFE,                                               :
                                                               :
                                   Plaintiff,                  :      17-CV-3392 (VEC)
                  -against-                                    :
                                                               :           ORDER
 KING & SPALDING LLP,                                          :
                                                               :
                                   Defendant.                  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 7, 2020, the parties appeared telephonically for a status conference regarding the completion of the two remaining depositions in this case; and

WHERAS the parties have not jointly agreed to proceed via a bench trial;

IT IS HEREBY ORDERED that the remaining depositions must be completed by **July 15, 2020**. As stated at the conference, due to COVID-19, the jury trial currently scheduled for July 20, 2020, is adjourned pending further order. The parties are directed to file a joint status report by **August 7, 2020**, proposing possible trial dates in the fall.

**SO ORDERED.**

**Date: May 20, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**