USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
DAVID A. JOFFE,

                     Plaintiff,

     -against-

KING & SPALDING LLP,

                    Defendant.
------------------------------------------------------------ X

17-CV-3392 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on the parties' motions *in limine* is scheduled for Thursday, October 22, 2020, at 2:00 P.M.;

IT IS HEREBY ORDERED that any interested members of the public may attend the hearing by dialing 1-917-933-2166 and using the conference ID 165517576. Counsel for the parties will be sent the link to access the Skype video conference by email.

**SO ORDERED.**

Date: **October 19, 2020**
      **New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**