# DAVID A. JOFFE, ESQ.

155 Christopher Columbus Drive, Jersey City, NJ 07302 • 516-695-7086 • davidajoffe@gmail.com

November 10, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Joffe v. King & Spalding LLP, No. 17-cv-3392-VEC-SDA**

Dear Judge Caproni:

The undersigned is the plaintiff in the above-captioned action, proceeding pro se. On behalf of both parties, the undersigned writes to inform the Court that the parties hereby stipulate to a nonjury trial on the pending ERISA claim in the above-captioned action.

The complaint in the above-captioned action consists of two claims—for breach of the implied-in-law obligation set forth in Wieder v. Skala, 80 N.Y.2d 628, 609 N.E.2d 105 (1992), and for unlawful interference with benefits in violation of Section 510 of the ERISA, see 29 U.S.C. § 1140—with a jury demand asserted as to both claims. (See Doc. No. 1 at 12-14, 15.) In the parties' Proposed Joint Pretrial Order, Defendant stated that it "does not object to a jury trial with respect to Plaintiff's Wieder claim, but objects to a jury trial with respect to Plaintiff's ERISA claim." (See Doc. No. 224 at 3.) Thus, in its Order dated October 23, 2020, this Court directed the parties to brief the issue of whether the undersigned is entitled to a jury trial on the ERISA claim. (See Doc. No. 253 at 3.)

Subsequent to this Court's October 23, 2020 Order, the parties held a meet-and-confer at which they agreed to stipulate to a nonjury trial on the ERISA claim. Accordingly, and pursuant to Federal Rule of Civil Procedure 39(a)(1), the parties hereby wish to enter their stipulation to a nonjury trial on the ERISA claim in the record.

In addition, because the instant stipulation renders the issue of entitlement to a jury trial on the ERISA claim moot, the parties also respectfully request that this Court cancel the portion of its October 23, 2020 Order directing the parties to submit briefing on that issue.

Thank you for your consideration of the foregoing.

                                                                          Respectfully submitted,

                                                                          */s/ David A. Joffe*
                                                       David A. Joffe, Esq. (pro se)
                                                       155 Christopher Columbus Drive
                                                       Jersey City, NJ 07302
                                                       516-695-7086
                                                       davidajoffe@gmail.com

cc (via ECF): All counsel