```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
  DAVID A. JOFFE,                                                :
                                                                 :
                                        Plaintiff,               :   17-CV-3392 (VEC)
                    -against-                                    :
                                                                 :   ORDER
  KING & SPALDING LLP,                                           :
                                                                 :
                                        Defendant.               :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS updated versions of the joint pretrial order, requests to charge, joint proposed *voir dire* questions, and pre-marked exhibits are due no later than Friday, February 26, 2021, Dkt. 253; and

WHEREAS the trial is scheduled to begin on April 26, 2021, at 10:00 A.M. and the final pre-trial conference is scheduled for April 15, 2021, at 2:30 P.M., Dkt. 253;

IT IS HEREBY ORDERED that due to the rising number of COVID-19 cases in New York City, the trial start date is adjourned to **Monday, June 14, 2021, at 10:00 A.M.** The final pre-trial conference is adjourned to **Thursday, June 3, 2021, at 2:30 P.M.** The Court is hopeful that the number of cases will be sufficiently lower by that point that the trial can proceed, given the COVID precautions that are in place in this district. All attorneys that will participate in the trial are encouraged to get vaccinated as soon as possible in their state of residence.

**SO ORDERED.**

Date:  January 14, 2021
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**