USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAVID A. JOFFE,

                          Plaintiff,           17-CV-3392 (VEC)

        -against-

                                               <u>ORDER</u>

KING & SPALDING LLP,

                        Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic;

      WHEREAS under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward;

      WHEREAS on January 14, 2021, the Court informed the parties that trial in this matter would commence on June 14, 2021, at 10:00 A.M., Dkt. 260;

      WHEREAS the Court accordingly requested a jury trial for that date; and

      WHEREAS Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **Wednesday, June 30, 2021, at 10:00 A.M.**;

      IT IS HEREBY ORDERED that the parties must be ready for trial to commence on **Wednesday, June 30, 2021, at 10:00 A.M.** The case is second on the list for jury trials for that day. This means that the case will not proceed on June 30, 2021, if the first listed trial scheduled for that date goes forward. If trial in this matter cannot proceed on the scheduled date, the Court

will seek another jury trial date for as soon as possible thereafter.  As soon as the Court confirms that the matter will proceed on June 30, 2021, it will inform the parties.

IT IS FURTHER ORDERED that the parties must follow the previously entered schedule for the submission of pretrial materials.  *See* Dkts. 253; 264.

IT IS FURTHER ORDERED that the final pretrial conference is adjourned to **Tuesday, June 15, 2021, at 2:00 P.M.**

IT IS FURTHER ORDERED that the final pretrial conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may attend the final pretrial conference and the trial by dialing 1-888-363-4749, using the access code 3121171 and the security code 3392.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  February 28, 2021
       New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.