USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
  DAVID A. JOFFE,                                              :
                                                               :
                                   Plaintiff,                  :   17-CV-3392 (VEC)
                    -against-                                  :
                                                               :   ORDER
  KING & SPALDING LLP,                                         :
                                                               :
                                   Defendant.                  :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the Clerk's Office notified the Court that this case has been placed on the jury trial calendar for June 30, 2021, Dkt. 265; and

WHEREAS the parties have informed the Court that this date conflicts with other obligations;

IT IS HEREBY ORDERED that the trial in this matter is adjourned to the third quarter of 2021.  The Court will seek a replacement jury trial date for late in July 2021.  As soon as the Court attains a new trial date, it will inform the parties.

IT IS FURTHER ORDERED that the final pretrial conference is adjourned *sine die*.

**SO ORDERED.**

**Date:  March 1, 2021**                                        _____
**New York, NY**                                                        **VALERIE CAPRONI**
                                                                        **United States District Judge**