USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAVID A. JOFFE,

                            Plaintiff,

        -against-

KING & SPALDING LLP,

                           Defendant.
------------------------------------------------------------- X

17-CV-3392 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic;

    WHEREAS the Clerk's Office uses a centralized calendaring system to schedule all jury trials;

    WHEREAS the Clerk's office prioritizes criminal cases over civil cases; and

    WHEREAS the Clerk's Office schedules a number of jury trials to begin on each day of jury selection: a primary case and several back-up cases that may proceed in its place if the primary case does not go forward;

    IT IS HEREBY ORDERED that the trial in this matter is adjourned to the fourth quarter of 2021. As soon as the Court attains a new trial date, it will inform the parties. The parties will receive at least one month's notice of the potential trial date.

    IT IS FURTHER ORDERED that the parties in this case must inform the Court not later than June 30, 2021: (a) whether they or any of their intended witnesses have professional or personal commitments in fourth quarter 2021 that they would prefer not to cancel due to this trial; (b) whether their trial team and all witnesses the party intends to call have been vaccinated

against COVID-19, and, if any has not, whether those persons intend to be fully vaccinated (meaning at least two weeks past the date of receiving the second shot of a two shot series or after the date of receiving the shot of a one shot series) before October 1, 2021.

IT IS FURTHER ORDERED that the final pretrial conference remains adjourned *sine die*.

**SO ORDERED.**

Date:  June 22, 2021
       New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**