Case 1:17-cv-03392-VEC   Document 276   Filed 08/30/21   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAVID A. JOFFE,                              :
                                             :
                           Plaintiff,        :       17-CV-3392 (VEC)
            -against-                        :
                                             :       ORDER
KING & SPALDING LLP,                         :
                                             :
                           Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic;

WHEREAS under the centralized calendaring system currently in place, the Clerk's Office schedules a list of jury trials to begin on each day of jury selection: a primary case and several cases that may proceed in its place if the primary case does not go forward;

WHEREAS criminal jury trials are prioritized ahead of civil jury trials;

WHEREAS on June 30, 2021, the Court informed the parties that it would request that the trial in this matter commence in early November 2021 and advised the parties to keep their schedules clear during the first two weeks of November, Dkt. 274;

WHEREAS the Court accordingly requested a jury trial for the beginning of November 2021; and

WHEREAS Clerk's Office has now notified the Court that this case has been placed on the standby list for the first two weeks of November, with several trials listed ahead of this matter;

IT IS HEREBY ORDERED that the parties must be ready for trial to commence at any time between November 1, 2021 and November 20, 2021.  Although the Court acknowledges that the Defense team included November 15 – 20 as dates in which they have other professional or personal commitments, *see* Letter, Dkt. 274, the Court requests that the Defense remain as flexible as possible given the logistical difficulties in scheduling a civil jury trial during the pandemic.  As soon as the Court confirms that the trial has been given a firm date during the three-week window, or as soon as the Court has any other information, it will inform the parties.

**SO ORDERED.**

Date:  August 30, 2021
      New York, NY

**VALERIE CAPRONI**
**United States District Judge**

3