Case 1:17-cv-03392-VEC-SDA   Document 279   Filed 10/18/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------- X
   DAVID A. JOFFE,                          :
                                            :
                         Plaintiff,         :     17-CV-3392 (VEC)
                  -against-                 :
                                            :     ORDER
   KING & SPALDING LLP,                     :
                                            :
                         Defendant.         :
---------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court has received an update about the trial schedule in this matter;

IT IS HEREBY ORDERED that the parties must appear at a telephonic status conference today, **Monday, October 18, 2021 at 5:30 P.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3392. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: **October 18, 2021**
      **New York, NY**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**