USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
DAVID A. JOFFE,                                :
                                               :
                              Plaintiff,       :     17-CV-3392 (VEC)
              -against-                        :
                                               :     ORDER
KING & SPALDING LLP,                           :
                                               :
                              Defendant.       :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic;

WHEREAS under the centralized calendaring system currently in place, the Clerk's Office schedules a list of jury trials to begin on each day of jury selection: a primary case and several cases that may proceed in its place if the primary case does not go forward;

WHEREAS the Clerk's Office has now notified the Court that this trial is the primary trial slated for Tuesday, November 9, 2021; and

WHEREAS the Court previously told counsel that the trial would not be held on Friday, November 12, 2021.

IT IS HEREBY ORDERED that trial in this matter will commence on **Tuesday, November 9, 2021 at 10:00 A.M.** The Court will hold the trial on November 9, 10, 15, 16, 17, and 18, 2021. The Court would also like to discuss with the parties whether the trial should proceed on Friday, November 12, 2021, notwithstanding the Court's earlier plan not to sit that day. If additional time is needed, the Court will determine on what additional days to sit. The

2

Court reminds the parties that the final pretrial conference is scheduled for **Tuesday, November 2, 2021 at 2:30 P.M.**

**SO ORDERED.**

Date:  October 22, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**