USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
  DAVID A. JOFFE,                              :
                                               :
                            Plaintiff,         :    17-CV-3392 (VEC)
              -against-                        :
                                               :          ORDER
  KING & SPALDING LLP,                         :
                                               :
                            Defendant.         :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

   IT IS HEREBY ORDERED the Court will hold a telephone conference in this matter on **Wednesday, October 27, 2021 at 11:00 A.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3392.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:  October 26, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**