# DAVID A. JOFFE, ESQ.

155 Christopher Columbus Drive, Jersey City, NJ 07302 • 516-695-7086 • davidajoffe@gmail.com

November 5, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

**Re: Joffe v. King & Spalding LLP, No. 17-cv-3392-VEC-SDA**

Dear Judge Caproni:

The undersigned is the plaintiff in the above-captioned action, proceeding pro se.

Pursuant to this Court's Order dated November 3, 2021 (Doc. No. 291), the undersigned respectfully submits the enclosed proposed jury instruction concerning the undersigned's pro se status.

Further to the undersigned's objection raised at the final pretrial conference (see Nov. 2, 2021 Tr. at 35:20-36:18), the undersigned respectfully requests that the enclosed proposed instruction be given to the jury as a preliminary, rather than final, instruction.

A courtesy copy of the enclosed proposed jury instruction in MS Word format is also being provided to Chambers via separate email.

Thank you for your consideration of the foregoing.

                                              Respectfully submitted,

                                                  */s/ David A. Joffe*
                                            David A. Joffe, Esq. (pro se)
                                            155 Christopher Columbus Drive
                                            Jersey City, NJ 07302
                                            516-695-7086
                                            davidajoffe@gmail.com

Cc (via ECF): Counsel of record

Enclosure