**[Proposed Jury Instruction re:] Plaintiff's <u>Pro</u> <u>Se</u> Status**

In this case, Mr. Joffe represents himself.  The fact that one party is represented by outside counsel and another party is not should play no part in your deliberations.  That is, you must apply the law without regard to the litigant's status as a self-represented party.  You should neither favor nor penalize a litigant because he is <u>pro se</u>.

Because Mr. Joffe represents himself in this case, he will be wearing two hats: he is a lawyer, representing himself as the Plaintiff, and he is a witness, giving sworn testimony to you.  When Mr. Joffe is wearing his lawyer hat, whether that be in opening statements, in questioning witnesses, in making and responding to objections, or in closing arguments, what he says is not evidence.  But when Mr. Joffe is wearing his witness hat, giving testimony on the stand under oath, what he says is evidence and you may consider it just as you would consider the testimony of any other witness.

<u>Sources</u>: Model Utah Jury Instructions § CV99 (2d ed. Dec. 2013); United States Court of Appeals for the Third Circuit, Model Criminal Jury Instructions § 1.18 (2012 ed.); Hon. Leonard B. Sand <u>et al.</u>, 5 <u>Modern Federal Jury Instructions (Civil)</u> § 74-1 (2010 ed.)