USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  DAVID A. JOFFE,                                 :

                                         Plaintiff,     :      17-CV-3392 (VEC)
               -against-                    :
                                                          :      <u>ORDER</u>
  KING & SPALDING LLP,               :

                                    Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties have indicated that they have objections to the draft final jury charge;

      IT IS HEREBY ORDERED the Court will hold a conference on **Wednesday, November 10, 2021 at 1:30 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

**Date: November 9, 2021**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**