USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
  DAVID A. JOFFE,                                              :
                                                               :
                                       Plaintiff,              :    17-CV-3392 (VEC)
                      -against-                                :
                                                               :          ORDER
  KING & SPALDING LLP,                                         :
                                                               :
                                       Defendant.              :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

　　IT IS HEREBY ORDERED that any motion to exclude Plaintiff's expert, Kristin Kucsma, is due no later than **Saturday, November 20, 2021 at 6:00 P.M.**  Any response in opposition is due no later than **Sunday, November 21, 2021 at 12:00 P.M.**

　　IT IS FURTHER ORDERED that any briefing in support of a motion for a directed verdict is due no later than **Sunday, November 21, 2021 at 12:00 P.M.**  Any written response in opposition is due no later than **Monday, November 22, 2021 at 6:00 A.M.**

　　IT IS FURTHER ORDERED that the Court will hold a pre-trial conference on **Monday, November 22, 2021 at 8:30 A.M.**  The parties must be prepared to discuss the motion for a directed verdict, the motion to exclude Ms. Kuscma, and any objections to the Court's proposed jury charge defining "attempt to report."  Additionally, Mr. Joffe will be given a further opportunity to articulate his objection to Defendant's request that "threaten to report" be removed from the jury charge and his objection to Defendant's proposed verdict sheet.

　　IT IS FURTHER ORDERED that each side will have one hour for closing arguments.

**SO ORDERED.**

Date: November 19, 2021　　　　　　　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**