```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAVID A. JOFFE,                                               :
                                                              :
                              Plaintiff,                      :    17-CV-3392 (VEC)
            -against-                                         :
                                                              :    ORDER
KING & SPALDING LLP,                                          :
                                                              :
                              Defendant.                      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   IT IS HEREBY ORDERED that the trial in this matter is adjourned until Monday, November 29, 2021 at 9:30 A.M. The parties need not come to Court tomorrow.

   IT IS FURTHER ORDERED that the court will hold a teleconference in the case on **Tuesday, November 23, 2021 at 12:00 P.M.** The parties and interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3392. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: November 22, 2021                                          _____
      New York, NY                                               **VALERIE CAPRONI**
                                                                 **United States District Judge**