```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAVID A. JOFFE,                                              :
                                                             :
                                    Plaintiff,               :   17-CV-3392 (VEC)
           -against-                                         :
                                                             :   <u>ORDER</u>
KING & SPALDING LLP,                                         :
                                                             :
                                    Defendant.               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on November 23, 2021, the parties appeared at a telephonic conference.

   IT IS HEREBY ORDERED that trial in this matter will resume on **Monday, November 29, 2021 at 9:30 A.M.**  A pre-trial conference will be held on **Monday, November 29, 2021 at 9:00 A.M.**  The trial and the conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

   IT IS FURTHER ORDERED that Plaintiff's brief on damages is due no later than **Saturday, November 27, 2021 at 12:00 P.M.**  Defendant's response is due no later than **Sunday, November 28, 2021 at 12:00 P.M.**  Both sides should include a list of exhibits it contends should be excluded from jury deliberations on liability in the briefing.

   IT IS FURTHER ORDERED that any interested members of the public may attend in person or listen to the proceeding remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 3392.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  November 23, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**