# DAVID A. JOFFE, ESQ.

155 Christopher Columbus Drive, Jersey City, NJ 07302 • 516-695-7086 • davidajoffe@gmail.com

November 28, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Joffe v. King & Spalding LLP, No. 17-cv-3392-VEC-SDA**

Dear Judge Caproni:

The undersigned is the plaintiff in the above-captioned action, proceeding pro se.

Pursuant to this Court's Order dated November 28, 2021, the undersigned writes to inform the Court that he does not object to the exclusion of any of the four plaintiff's exhibits identified by King & Spalding—i.e., P-65, P-131, P-133, and P-187—from the exhibits that will be available to the jury during deliberations on liability. (See Doc. No. 331 at 8.) Accordingly, the undersigned will exclude these four exhibits from the thumb drive he brings to tomorrow's pretrial conference.

Thank you for your consideration of the foregoing.

                                                  Respectfully submitted,

                                                  */s/ David A. Joffe*
                                                  David A. Joffe, Esq. (pro se)
                                                  155 Christopher Columbus Drive
                                                  Jersey City, NJ 07302
                                                  516-695-7086
                                                  davidajoffe@gmail.com

Cc (via ECF): Counsel of record