Case 1:17-cv-03392-VEC-SDA   Document 333   Filed 11/28/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DAVID A. JOFFE,              :
                             :
                  Plaintiff, :      17-CV-3392 (VEC)
         -against-           :
                             :      ORDER
KING & SPALDING LLP,         :
                             :
                  Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that a pre-trial conference will be held on **Monday, November 29, 2021 at 9:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse.

IT IS FURTHER ORDERED that Mr. Joffe must file a letter by no later than **Sunday, November 28, 2021 at 9:00 P.M.** informing the Court whether he objects to the exclusion of any of the four exhibits identified by King & Spalding from the exhibits that will be available to the jury during deliberations on liability. *See* Brief, Dkt. 331 at 8. If Mr. Joffe objects to the exclusion of any of the exhibits, the Court will rule on the objections at tomorrow's pre-trial conference.

IT IS FURTHER ORDERED that the parties must bring a thumb drive or drives containing the exhibits admitted during the trial and excluding those exhibits agreed to by the parties to tomorrow's pre-trial conference.

IT IS FURTHER ORDERED that the Court will hear any final objections to the final jury charge and verdict sheet at the pre-trial conference. The Court has made an additional change to the charge and verdict sheet and will give the parties redlined hard copies **at 8:30 A.M. tomorrow morning.**

**SO ORDERED.**

**Date:  November 28, 2021**          *Valerie Caproni* (signature)
     **New York, NY**                    **VALERIE CAPRONI**
                                         **United States District Judge**