UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DAVID A. JOFFE,                                              :
                                                             :
                          Plaintiff,                         :   17-CV-3392 (VEC)
              -against-                                      :
                                                             :   VERDICT SHEET
KING & SPALDING LLP,                                         :
                                                             :
                          Defendant.                         :
------------------------------------------------------------ X

Valerie Caproni, United States District Judge:


                      PLEASE CHECK (√) YOUR ANSWERS

        All jurors must agree on the answers to both of the questions.
        Jurors must answer the questions in the order they are presented.

1. Has Mr. Joffe proven, by a preponderance of the evidence:
    a. that Mr. Joffe had a reasonable and good faith belief (i) that unethical conduct occurred or may have occurred **and** (ii) that he had an ethical duty to report it; **and**
    b. that Mr. Joffe reported the suspected unethical conduct to more senior attorneys employed by the firm or who represented the firm; **and**
    c. that K&S took one or more adverse actions against Mr. Joffe in retaliation for reporting the suspected unethical conduct.

    Yes _____     No ___✓___

2. If you checked Yes in response to Question 1, check which adverse action Mr. Joffe proved was retaliatory and that retaliation was the "but for" cause of the adverse action. If you checked No in response to Question 1, leave this question blank.

    Removal from partnership track    _____

    Discharge from King & Spalding    _____

    Both                              _____

*The foreperson should ensure that each juror agrees with the answers to the questions. If so, the foreperson should date and sign below and inform the Marshal that you have a verdict.*

Dated: November 29, 2021

_____
Foreperson