UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
DAVID A. JOFFE,

        v.

17-CV-3392 (VEC)

KING & SPALDING LLP,

        Defendant.
------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: WE HAVE REACHED A VERDICT

Print Name: RY PEPPER
Sign Name: [signature]
Date: 11/29/21
Time: 3:36 PM

## THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 1
RECEIVED ON: 11/29, 2021
TIME RECEIVED: _____ [ ] a.m. / [ ] p.m.