UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021

------------------------------------------------------------- X
DAVID A. JOFFE,                                                :
                                                               :
                                         Plaintiff,            :                17-CV-3392 (VEC)
                        -against-                               :
                                                               :                ORDER TO SHOW CAUSE
KING & SPALDING LLP,                                           :
                                                               :
                                         Defendant.            :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Mr. Joffe brought an ERISA claim and a New York state common law claim

under *Wieder v. Skala*, 80 N.Y.2d 628 (1992) against King & Spalding, Compl., Dkt. 1;

   WHEREAS on November 10, 2020, the parties stipulated to a non-jury trial on the

ERISA claim, Dkt. 258;

   WHEREAS on November 11, 2020, the Court informed the parties that it would decide

the ERISA claim after the jury returned a verdict on the *Wieder* claim, Dkt. 259; and

   WHEREAS on November 29, 2021, the jury returned a verdict in favor of King &

Spalding on Mr. Joffe's *Wieder* claim;

   IT IS HEREBY ORDERED that by no later than **Friday, December 17, 2021**, Mr. Joffe

must show cause why judgment should not be entered in King & Spalding's favor on his ERISA

claim given the record developed at trial.

**SO ORDERED.**

_____

**Date:  November 30, 2021**                              **VALERIE CAPRONI**
        **New York, NY**                                  **United States District Judge**