USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAVID A. JOFFE,

                              Plaintiff,

           -against-

KING & SPALDING LLP,

                             Defendant.
------------------------------------------------------------- X

17-CV-3392 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 30, 2021, the Court ordered Mr. Joffe to show cause why judgment should not be entered in King & Spalding's favor on his ERISA claim given the record developed at trial, Dkt. 335; and

WHEREAS on December 17, 2021, Mr. Joffe responded to the Court's order, Dkt. 355.

IT IS HEREBY ORDERED that King & Spalding's response to Mr. Joffe's filing is due no later than **Friday, January 14, 2022** and Mr. Joffe's reply is due no later than **Friday, January 21, 2022**.

**SO ORDERED.**

Date: **December 17, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**