USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAVID A. JOFFE,                                               :
                                                              :
                              Plaintiff,                      :    17-CV-3392 (VEC)
              -against-                                       :
                                                              :    ORDER
KING & SPALDING LLP,                                          :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 8, 2017, David Joffe filed a complaint against King & Spalding LLP, Dkt. 1;

WHEREAS in his complaint, Joffe brought a common-law claim for breach of contract under *Wieder v. Skala*, 80 N.Y.2d 628 (1992), and a claim for wrongful discharge under Section 510 of ERISA, 29 U.S.C. § 1140, *id.*;

WHEREAS on November 29, 2021, a jury returned a verdict for King & Spalding on the *Wieder* claim, Dkt. 334; and

WHEREAS on May 26, 2022, the Court found in favor of King & Spalding on the ERISA claim and accordingly dismissed it, Dkt. 371.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to enter judgment in favor of King & Spalding LLP. The Clerk is further directed to terminate all open motions and to close this case.

**SO ORDERED.**

Date: **May 27, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**