UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID A. JOFFE,

                        Plaintiff,

       -against-                                   17 **CIVIL** 3392 (VEC)

                                                  **JUDGMENT**

KING & SPALDING LLP,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2022, judgment is entered in favor of King & Spalding LLP; accordingly, the case is closed.

**Dated:** New York, New York

      May 27, 2022

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                        **BY:**     *K. Mango*

                                                   **Deputy Clerk**